RECEIVED
NOV 29 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAULINE A. FERRO, ET AL. | MISC. CASE NO. 16-mc-00075 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Pauline A. Ferro, as Administrator and Derivative Claimant; and Lisa Meyers, Danielle Ferro, John Hatton and Thomas Hatton, as Derivative Claimants of the Estate of William M. Ferro, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 29th day of November, 2016.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE